ACCEPTED
03-15-00652-CV
8018066
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/30/2015 3:52:09 PM
JEFFREY D. KYLE
CLERK

## CASE NO. 03-15-00652-CV

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/30/2015 3:52:09 PM
JEFFREY D. KYLE
Clerk

KEN PAXTON, ATTORNEY GENERAL OF TEXAS,
*Appellant*,

v.

TEXAS HEALTH AND HUMAN SERVICES COMMISSION,
*Appellee*.

On Appeal from the 419th District Court of Travis County, Texas
The Honorable Rhonda Hurley, Presiding

## UNOPPOSED MOTION FOR
## EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

Appellant Ken Paxton, Attorney General of Texas, files this unopposed motion requesting the Court to extend the time for filing Appellant's brief by forty-three days to January 15, 2016.

1.     Appellant is Ken Paxton, Attorney General of Texas; Appellee is Texas Health and Human Services Commission.

2.     The parties have agreed to this motion.

3.     The deadline to file Appellant's Brief is currently December 3, 2015.

4.      The Attorney General's undersigned counsel, Matthew R. Entsminger, seeks additional time to file his brief due to planned commitments and scheduled personal travel that predated the Court's setting of the Appellant deadline. The undersigned was out of the state on personal travel over November 11–17, and was out of the office over November 25–30 for the Thanksgiving holiday. The undersigned is currently preparing a presentation for the Texas Open Government Conference, which he will be attending in San Marcos, Texas, over December 8–10. And finally the undersigned will be traveling out of the state for the Christmas holiday from December 18 to January 4, 2016.

5.      The Court has the authority to extend the time to file briefs under Texas Rules of Appellate Procedure 38.6.

6.      The Attorney General seeks a forty-three day extension to file his brief, extending the briefing deadline to January 15, 2016.

7.      Appellee, Texas Health and Human Services Commission, does not oppose the Attorney General's request for extension.

8.      No previous extensions have been sought.

9.      For the above reasons, Appellee Attorney General prays that this Court grant an extension of time to file the Appellant's brief until January 15, 2016.

Respectfully Submitted,

KEN PAXTON
Attorney General of Texas

2

CHARLES E. ROY
First Assistant Attorney General

BRANTLEY STARR
Deputy Attorney General for Legal Counsel

DAVID A. TALBOT, JR.
Chief, Administrative Law Division

KIMBERLY L. FUCHS
Chief, Open Records Litigation

*/s/ Matthew R. Entsminger*_____
MATTHEW R. ENTSMINGER
State Bar No. 24059723
Assistant Attorney General
Open Records Litigation
Administrative Law Division
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas  78711-2548
Telephone:   (512) 475-4151
Facsimile:    (512) 320-0167
matthew.entsminger@texasattorneygeneral.gov

ATTORNEYS FOR APPELLANT
KEN PAXTON, ATTORNEY GENERAL OF TEXAS

## CERTIFICATE OF CONFERENCE

I hereby certify that on November 30, 2015, I conferred with Ann Hartley, counsel for Appellee Texas Health and Human Services Commission, who stated she does not oppose this motion.

/s/ Matthew R. Entsminger
MATTHEW R. ENTSMINGER

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Unopposed Motion for Extension of Time to File Brief of Appellant Ken Paxton, Attorney General of Texas, has been served on November 30, 2015, on the following counsel-of-record via e-service and e-mail:

ANN HARTLEY
State Bar No. 09157700
Assistant Attorney General
Financial Litigation and Charitable Trusts Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 936-1313
Facsimile: (512) 477-2348
ann.hartley@texasattorneygeneral.gov

ATTORNEY FOR APPELLEE
TEXAS HEALTH AND HUMAN SERVICES COMMISSION

/s/ Matthew R. Entsminger
ATTORNEY FOR APPELLANT

4